## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as                                           PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.                                          NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.                                                          DEFENDANTS

### ORDER

Cooper Marine & Timberlands Corporation's motion to reconsider is GRANTED. Document #46. Cooper Marine & Timberlands Corporation is given leave to file a third party complaint against Dawson Employment Service, Inc., and Temps Plus, Inc. The third party complaint must be filed within seven days from the entry of this Order.

IT IS SO ORDERED this 15th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE