# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as　　　　　　　　　　　　　　　　　　　PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.　　　　　　　　　　　　　NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## **ORDER**

Temps Plus, Inc.'s unopposed motion for an extension of time to file a reply is GRANTED. Document #127. Temps Plus must file its reply on or before May 25, 2017.

IT IS SO ORDERED this 16th day of May, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE