# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as  PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.   NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.   DEFENDANTS

## ORDER

The Court directs the parties to file a status report on or before September 27, 2017. The status report must include the date and result of any settlement conference, the settlement prospects, and an estimate of the length of trial. The parties may join in a single status report or the separate parties may file separate status reports.

IT IS SO ORDERED this 21st day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE