# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as                                                         PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.                               NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.                                                                     DEFENDANTS

## ORDER

     Two motions in limine filed by Cooper Marine & Timberlands Corporation are pending. Summary judgment has been entered in favor of Cooper Marine, so those motions are DENIED AS MOOT. Documents #169 and #171.

     IT IS SO ORDERED this 22nd day of September, 2017.

                                                                 */s/ J. Leon Holmes*
                                                            J. LEON HOLMES
                                                            UNITED STATES DISTRICT JUDGE