**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KASSANDRA NIEVES, Individually and as
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents                                    PLAINTIFF

v.                              NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.                                                    DEFENDANTS

**ORDER**

Steel Dynamics Columbus, LLC, and Logistic Services, Inc., have moved to exclude the opinions and testimony of J.P. "Pat" Jamison. The plaintiff has withdrawn Jamison from the topics that are the subject of Steel Dynamics' motion, which renders that motion moot. Document #210 at 2. The topics that are the subject of Logistic Services' motion are the same. Jamison's remaining opinions relate to the responsibilities of tugboat captains, that is the captains of the tugboats for Cooper Marine and Kinder Morgan Marine. Summary judgment has been entered on those issues. Document #240. Therefore, the motions to exclude the testimony of J.P. Jamison are DENIED AS MOOT. Document #147.[1]

IT IS SO ORDERED this 22nd day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] Logistic Services filed a motion to exclude portions of the testimony of Jamison, James F. Pritchard, and Dr. Thomas W. Butler as Document #69 in case No. 3:15CV00170. That motion was denied as moot as to the Coleman case after that case settled. With respect to the Nieves case, that motion is now denied as moot insofar as it seeks to exclude Jamison's testimony.