# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.　　　　　　　　　　　　　　　　　NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

On October 20, 2017, the Court conducted a status conference by telephone. The plaintiff appeared by her lawyer, John G. Simon. Cooper Marine & Timberlands Corporation appeared by its lawyer, Donald C. Radcliff. Logistics Services, Inc., appeared by its lawyers, Gordon S. Rather, Jr., and Richard P. Salloum. Steel Dynamics Columbus, LLC, appeared by its lawyer, Gregory W. O'Neal. Kinder Morgan Bulk Terminals, Inc., and Kinder Morgan Marine Services, LLC, appeared by its lawyer, Thomas P. Diaz. All of the parties waived a jury trial and requested a continuance. That request is granted. The present scheduling order is set aside, and this case is removed from the trial docket for the week of November 6, 2017. The case will be rescheduled for a bench trial by a separate scheduling order, which will establish new deadlines for pretrial submissions.

IT IS SO ORDERED this 20th day of October, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE