IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as                                      PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.                          NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.                                                      DEFENDANTS

## ORDER

Cooper Marine & Timberlands Corporation's unopposed motion for leave to file amended cross-claims against Steel Dynamics Columbus, LLC, Logistic Services, Inc., Kinder Morgan Bulk Terminals, Inc., and Kinder Morgan Marine Services, LLC, is GRANTED. Document #332. The amended cross-claims must be filed within seven days from the entry of this Order.

IT IS SO ORDERED this 26th day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE