# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as  PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.  NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.  DEFENDANTS

## ORDER

Logistic Services, Inc., and Steel Dynamics Columbus, LLC, have moved to exclude evidence regarding Barge BIG 9911B. Kinder Morgan has objected. The motions in limine are DENIED without prejudice. Documents #359 and #417. The Court can best assess the admissibility and probative value of the evidence regarding Barge BIG 9911B on a full evidentiary record after the trial has been complete.

IT IS SO ORDERED this 8th day of February, 2018.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE