# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as  
Personal Representative of the Estate of Juan Nieves  
and his Surviving Heirs and Dependents                                          PLAINTIFF

v.                          NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS  
CORPORATION, *et al*.                                                           DEFENDANTS

## AMENDED ORDER

Logistic Services, Inc., and Steel Dynamics Columbus, LLC, have moved to exclude evidence regarding Barge BIG 9911B. Kinder Morgan has objected. The motions in limine are DENIED without prejudice. Documents #359, #385 and #417. The Court can best assess the admissibility and probative value of the evidence regarding Barge BIG 9911B on a full evidentiary record after the trial has been complete.

IT IS SO ORDERED this 20th day of February, 2018.

_____  
J. LEON HOLMES  
UNITED STATES DISTRICT JUDGE