IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as                                                    PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.                                  NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION; *et al.*                                                                    DEFENDANTS

## ORDER

The Court hereby schedules a pretrial telephone conference for **THURSDAY, MARCH 1, 2018, at 9:30 A.M.** Counsel who will be participating should notify the Courtroom Deputy, Cory Wilkins, via email or at (501) 604-5384, no later than 12 noon on Wednesday, February 28, 2018, of the phone number where they may be reached.

IT IS SO ORDERED this 21st day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE