# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as　　　　　　　　　　　　　　　　　　PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.　　　　　　　　　　　　　　NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The unopposed motion in limine of Logistic Services, Inc., to exclude evidence of subsequent remedial measures is GRANTED. Document #437. No party will introduce evidence or elicit testimony concerning the subsequent remedial measures taken by Logistic Services for the loading and stowing of steel coils for shipment on inland river barges.

IT IS SO ORDERED this 28th day of February, 2018.

　　　　　　　　　　　　　　　　　　　　　　　/s/ J. Leon Holmes
　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE