IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as                                    PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.                              NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION; *et al.*                                                    DEFENDANTS

## ORDER

The amended final scheduling order set this matter for bench trial sometime during the week of March 12, 2018. The Court has determined that the bench trial will begin at **9:00 a.m., on MONDAY, MARCH 12, 2018**, in Courtroom #324, E.C. "Took" Gathings Federal Courthouse, 615 South Main Street, in Jonesboro, Arkansas. Counsel and parties should be present by 8:30 a.m.

IT IS SO ORDERED this 1st day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE