IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as　　　　　　　　　　　　　　　　　　PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.　　　　　　　　　　　　　　　NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

For the reasons stated in the Opinion and Order entered on February 16, 2018, the Court enters summary judgment in favor of Steel Dynamics Columbus, LLC, on the tort indemnity claims of Cooper Marine & Timberlands Corporation. *See* Document #431. Cooper Marine's tort indemnity claims against Steel Dynamics are hereby dismissed with prejudice.

IT IS SO ORDERED this 8th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE