# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as                                                                    PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.                                               3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.                                                                                    DEFENDANTS

## ORDER

Cooper Marine & Timberlands Corporation notified the Court that it reached a settlement with Steel Dynamics Columbus, LLC, as to all claims it asserted against Steel Dynamics. Document #442. Steel Dynamics now moves to dismiss the cross-claims asserted against it by Logistic Services, Inc., Kinder Morgan Bulk Terminals, Inc., and Kinder Morgan Marine Services, LLC. This motion is unopposed and is GRANTED. Document #444. All claims asserted against Steel Dynamics are hereby dismissed with prejudice, and Steel Dynamics is dismissed from this action.

IT IS SO ORDERED this 12th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE