# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as                                    PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.                              NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.                                                     DEFENDANTS

## ORDER

Pursuant to the colloquy between Court and counsel at the close of the trial on March 14, 2018, the parties will file simultaneous post-trial briefs on March 28, 2018. The time within which Logistic Services, Inc., and the Kinder Morgan entities must file motions for judgment as a matter of law is extended up to and including March 28, 2018. Response briefs must be filed no later than April 4, 2018.

IT IS SO ORDERED this 15th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE