# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as                                       PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.                                      NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.                                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, judgment is entered in favor of Cooper Marine & Timberlands Corporation against Logistic Services, Inc., Kinder Morgan Bulk Terminals, Inc., and Kinder Morgan Marine Services, LLC, jointly and severally, in the amount of $432,087.49, plus post-judgment interest to accrue at the rate of 2.12% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 18th day of April, 2018.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE