# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as  PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v. NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.  DEFENDANTS

## ORDER

The motion for costs is DENIED AS MOOT. Document #470.

IT IS SO ORDERED this 8th day of May, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE