# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KASSANDRA NIEVES, Individually and as　　　　　　　　　　　　　　　　PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.　　　　　　　　　　　　　　　NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against the defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this Order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 8th day of May, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE